UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ARDELIA H.,
Plaintiff,
v.
SHAKER HEIGHTS CITY SCHOOL DISTRICT, et al.,
Defendants.
Case No. 1:25-cv-02310-DCN

## EXHIBIT LIST

Plaintiff submits the following exhibits in support of the First Amended Complaint. These exhibits are referenced in the pleading and are provided to establish notice, timing, and state involvement. Additional evidence will be produced as appropriate through discovery.

### EXHIBIT A
Article published by *The Shakerite* on November 4, 2025 (Election Day), titled *"BOE Candidate Holmes Sues District for $5,000,000."*

### EXHIBIT B
Plaintiff's written correspondence dated November 30, 2025 to District administrators regarding physical violence, death threats, and safety concerns involving Plaintiff's minor child.

### EXHIBIT C
Plaintiff's written correspondence dated December 9, 2025 documenting escalation of harassment, retaliation, and the first expression of suicidal ideation by Plaintiff's minor child.

Respectfully submitted,

**Ardelia Holmes**

Plaintiff, Pro Se
12700 Fairhill Rd.
Shaker Heights, Ohio 44120
(216) 972-1240
Ardelia.holmes@yahoo.com