EXHIBIT A



A May 15 social media post by BOE candidate Ardelia Holmes, who declared her candidacy July 9. She filed a civil-rights lawsuit against the district Oct. 27.

Board of Education candidate Ardelia Holmes filed a civil-rights lawsuit against the Shaker Heights City School District Oct. 27.

The lawsuit, filed in the U.S. District Court's Northern Ohio District, sets forth a 17-point claim. Included in the claim are charges of unjustified termination of Holmes' district employment; denial of mental health support for her eldest child, who is a high school student; inequitable treatment of two of her younger children at Boulevard Elementary School; and suppression of her constitutionally protected speech through retaliation, reputational attacks and denial of public opportunities.

Among the 11 "prayers for relief" included in the filing is "compensatory damages in the amount of $5,000,000, including for reputational harm, emotional distress, lost income, and public retaliation."

Holmes filed the motion herself and requested waiver of filing fees. The document also states that in August, she filed a formal civil rights complaint with the U.S. Department of Justice Civil Rights Division and the U.S. Department of Education's Office for Civil Rights.

In a Oct. 9 Shakerite story, Holmes wrote about her candidacy. "Professionally, I bring the lens of an entrepreneur, strategist and economist — someone who has built systems where transparency and measurable outcomes are not optional. I believe our district finances must be tied directly to student outcomes. Equity is not a slogan; it is how we budget, how we measure progress and how we hold ourselves accountable," she wrote.

"My priorities are clear: make equity the standard operating practice, ensure special education access is fair regardless of income, and strengthen trust between families, students, staff and leadership through visible, accountable presence. Representation matters. A board that does not reflect or respond to its full community cannot lead it forward."

The filing was posted to a Facebook community group today, Election Day, at approximately 11:30 a.m.

On her public Facebook account today shortly after the filing was posted, Holmes wrote, "This wasn't a spontaneous move or political stunt. It's the result of a long pattern of retaliation, discrimination, and systemic failures that affected both me and my children, both before and during my candidacy. I've documented everything, I've followed every process, and I've given the district every opportunity to make it right. At the end of the day, this isn't just about me. It's about accountability, safety, and the right of parents to speak up without fear of retaliation."

Facebook commenters raised questions about whether suing the school district while campaigning to join the Board of Education is a conflict of interest.

Holmes did not respond to an email requesting comment.

Executive Director of Communications and Engagement Scott Stephens said, "The District continues to have an unwavering commitment to provide an educational environment in which all individuals are treated with dignity and respect. We are reviewing this action with our legal counsel and have no further comment at this time."