EXHIBIT B

**Immediate Request for Documentation, Safety Review, and Withdrawal Notice for Cartier Lawson**

From:  Ardelia Holmes (ardelia.holmes@yahoo.com)

To:  robinson_n@shaker.org

Cc:  glasner_d@shaker.org; cover_l@shaker.org; scott_p@shaker.org; burnley_l@shaker.org

Bcc:  mysterlingsuccess@gmail.com; ardelia.holmes@yahoo.com

Date:  Sunday, November 30, 2025 at 10:22 PM EST

Dear Mr. Robinson,

I am writing in response to your recent communication indicating that the school's investigation "found no evidence" of bullying against my son, Cartier. I want to be very clear that this conclusion is deeply alarming, factually inconsistent with the ongoing, repeated incidents I have documented and provided throughout this school year, and does not reflect the severity of what my son has experienced this school year. Because of the seriousness of what has occurred, I need to clarify several points and outline next steps.

Over the past months, I have reported to you both verbally and in writing that Cartier has been:

- Physically harmed on multiple occasions by multiple students;

- Choked to the point of neck redness, held down, and jumped by a group of children during recess;

- Threatened with statements such as "I will kill you," or "I will shoot you," which he repeated to both you and I;

- Afraid to enter the school building;

- Labeled as the problem when he was defending himself from violence;

- Experiencing emotional deterioration, ongoing fear and loss of trust in staff, concerns you personally acknowledged.

- Teased, targeted and intimidated, inside classrooms, on the bus, and at lunch/recess.

EXHIBIT B (2)

At the same time, I received near-daily phone calls accusing Cartier of being the aggressor, even when his behavior was a direct response to being hit, shoved, or threatened.

I also raised concerns about:

- A known older student (5th grade) threatening him;
- My daughter being disciplined for intervening to protect her younger brother after staff did not;
- Cartier expressing that he "wished he was dead" or "didn't want to be here," which you personally acknowledged and attributed to the bullying and social dynamics in his class.

For you to conclude "no evidence" while having direct knowledge of all the above is deeply troubling.

Additionally, the investigation you referenced appears to have relied solely on speaking with his teachers and select staff. Given that Cartier has explicitly said he does not trust his classroom teachers, even going as far as to act out to avoid going to specials, this methodology is inadequate and does not reflect trauma-informed, student-centered inquiry. It also does not account for the repeated failure of playground supervision, including the incident in which no adult intervened while my son was on the ground being choked.

Instead, the district has repeatedly:

- Minimized Cartier's reports,
- Reframed violence as "horseplay,"
- Failed to intervene appropriately, and
- Continued to label my child as the issue rather than documenting the actual harm

EXHIBIT B (3)

being done to him.

I also need to address that these concerns extend beyond Cartier. My daughter, Elle, has also been subjected to students putting their hands on her, with no appropriate consequences for the students involved. Instead, she has been instructed not to defend herself. Both of my children have experienced harm, and there has been no meaningful action taken to protect them.

In fact, this is not the first time I have brought forward serious safety and misconduct concerns. In 2024, I raised repeated concerns regarding Sue Roth's verbal harassment of my daughter and improper conduct as a staff member. Despite my advocacy and formal complaint, those concerns were never meaningfully addressed or escalated. Your failure to intervene then, just as you are failing to act now, demonstrates a concerning pattern of disregard for my family's safety and well-being.

It is extremely concerning that, despite my ongoing advocacy for basic safety, the district continues to minimize or dismiss these incidents. I do not know whether my right to advocate for my children has contributed to the way these matters have been handled, but the pattern is unacceptable.

Because of the cumulative trauma and the school's continued inability to ensure Cartier's safety, this is formal notice that Cartier will no longer be attending Boulevard Elementary, effective December 2, 2025.

Moving forward, I am requesting the following:

1. A full written copy of the school's investigation, including:
    - All staff interviewed,
    - All statements collected, and
    - The specific basis for the determination of "no evidence."
2. A written safety review, documenting how the school intends to address

EXHIBIT B (4)

peer-to-peer violence and prevent similar incidents for other children.

3. Written confirmation of Cartier's withdrawal date for school records.

Please confirm receipt of this email and provide the requested documentation within 48 hours. This matter is extremely serious, and I expect the district to treat it accordingly.

Thank you,

Ardelia Holmes