**EXHIBIT C**

Formal Notice of Ongoing Retaliation, Unsafe Learning Environment, and Escalating Harm to My Children

From: Ardelia Holmes (ardelia.holmes@yahoo.com)

To: robinson_n@shaker.org; glasner_d@shaker.org; cover_l@shaker.org; bibbcarson_a@shaker.org; weingart_h@shaker.org; wang_d@shaker.org; scott_p@shaker.org; burnley_l@shaker.org

Cc: ardelia.holmes@yahoo.com

Bcc: mysterlingsuccess@gmail.com

Date: Tuesday, December 9, 2025 at 11:04 PM EST

Dear Dr. Glasner, Principal Robinson, Members of the Board of Education, and Dr. Burnley,

I am writing to formally document the events of today, December 9, 2025, and to connect them to the broader pattern of retaliation, escalating bullying, emotional harm, and institutional non-response that my family has been experiencing since the conclusion of the school board election and the premature public release of my lawsuit.

This email, and the circumstances forcing me to write it, are urgent.

Early this morning, around 9:30 a.m., I was informed of a problem in art class involving my daughter, Layah. The information I received throughout the day was inconsistent and contradictory, differing between what the principal shared, what her father was told, and what was communicated through the art teacher's ParentSquare message. Each version offered conflicting details about what occurred, how Layah attempted to remove herself from the situation, and why she ultimately walked out of the classroom.

Later, at approximately 2:25 p.m., during my third-block math class, I received another call from Principal Robinson. He initially stated that Layah had "hit someone," before shifting to say that she and another student were "hitting each other." Only after I pressed for clarity did he acknowledge that Layah was involved in a physical fight with a boy.

During this same call, the principal informed me again, for the first time, that

Layah had expressed suicidal thoughts, stating that if she had access to something, she would kill herself.

I want to make this absolutely clear: this is the first time in Layah's life she has ever expressed suicidal ideation.

Hearing this while standing in front of my class was devastating. I became overwhelmed, began crying, and had to step away from my students multiple times to collect myself. What is happening to her in this building is not only emotionally harmful, it is dangerous.

Later in the afternoon, during a follow-up call with Principal Robinson and Ms. Frizzell, I was told that Layah "hates the school" and "wants to kill herself every day when she comes to school." Despite the gravity of these statements, the school's proposed response was limited to a check-in/check-out "coping" plan and the suggestion that my children be moved to another school through an intra-district transfer. At no point were interventions proposed for the students who have been harassing her, nor was any form of staff accountability offered.

Since November 4, the conclusion of the school board election, and especially after my lawsuit was prematurely posted on social media and referenced in an article by the school publication the Shakerite on Election Day, my children have been subjected to continuous and escalating harm. This has included physical bullying; cyberbullying in a fifth-grade group chat, which my daughter has personally seen; students telling her they hope she dies, kills herself, gets hit by a car, or dies of cancer; persistent comments about a "$5 million lawsuit because her mom thinks everyone is a racist"; racialized harassment; social and classroom targeting; and multiple instances of physical aggression toward each of my children. They live in daily fear and emotional distress, while staff have repeatedly failed to intervene or acknowledge the environment they are allowing to take root.

To date, I have not been informed of a single disciplinary action taken toward the students responsible for this behavior. No investigations have been shared. No written incident reports have been provided, not even for today's events. The only child repeatedly receiving consequences is my daughter, despite being the clear target of the harassment.

This is not acceptable. It is not safe. It is not a learning environment; it is a retaliatory one.

On November 30, I emailed Superintendent Glasner, President Cuthbert, Board Member Scott, DEI Officer Burnley, and Principal Robinson detailing the severity of what my children were experiencing, including Cartier's suicidal ideation and subsequent withdrawal, the escalation of bullying, the physical aggression occurring in the buildings, the retaliation connected to my candidacy and lawsuit, and the emotional collapse of all three of my children. The only response I received was from Principal Robinson, who validated the findings of his own investigation, but no further action or acknowledgment followed.

This evening, I delivered a public comment at approximately 6:45 p.m. describing the bullying, retaliation, and suicidal ideation impacting my children. My remarks were not acknowledged, thanked, or addressed in any form. I exited the meeting immediately afterward, and no one approached me as I left the building. The silence in response to a parent describing suicidal ideation and physical harassment reflects the same pattern of dismissal and avoidance that has characterized the district's handling of my concerns.

The impact of these ongoing failures is profound. My children are experiencing extreme emotional distress and trauma that now requires clinical intervention. I am experiencing distress and disruption to my work responsibilities as I take time off to respond to emergencies. My family is living with daily fear and anxiety, and my children's sense of safety has deteriorated so severely that suicidal ideation has emerged for the first time in their lives.

Given the escalating danger and the district's ongoing inability, or unwillingness, to intervene, I am formally requesting a written safety plan for Layah and Elle within 48 hours; a comprehensive investigation into the bullying, physical aggression, and cyberbullying, including review of the group chat; clear consequences for students involved in the harassment; accountability measures for staff whose actions or inaction have contributed to the hostile environment; immediate mental health coordination between school staff and outside providers; and written communication for all incidents moving forward, including today's, which has yet to be formally documented.

I will be meeting with Principal Robinson tomorrow morning. Given the explicit death-related statements, the cyberbullying and the suicidal ideation reported today, I am also considering involving law enforcement.

My children cannot safely continue under conditions where retaliation, harassment, and neglect go unaddressed. I would hope the district takes these allegations seriously and moves promptly to address them.

Sincerely,

Ardelia Holmes